# In the
# United States Court of Appeals
## For the Eleventh Circuit

_____

No. 24-13588

_____

TRAVIS ROE,
individually,

                                                       Plaintiff-Appellant,

*versus*

CLINT REDMOND,
Deputy,
MARK MAERTZ,
Deputy,
SHERIFF, CLAY COUNTY,
a governmental entity
a.k.a. Michelle Cook,

                                                       Defendants-Appellees.

2            Order of the Court            24-13588

_____

Appeal from the United States District Court
for the Middle District of Florida
D.C. Docket No. 3:22-cv-00971-MMH-LLL

_____

ORDER:

The motion for an extension of time to and including March 21, 2025, to file Appellant's initial brief is GRANTED, with the appendix due 7 days after the filing of the brief.

/s/ Jill Pryor

UNITED STATES CIRCUIT JUDGE